Jack Ter-Saakyan, Esq. (SBN 266641)
Kenley Dygert, Esq. (SBN 287573)
**JT LEGAL GROUP, APC**
801 N. Brand Blvd., Ste. 1130
Glendale, CA 91203
Direct: 818-745-1594
E-Fax: 747-444-2369

Attorneys for Plaintiffs,
KATIE WAY
JOHN WAY
EDDY WAY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATIE WAY, an individual; JOHN WAY, an individual; EDDY WAY, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A.; CALIBER HOME LOANS, INC.; U.S. BANK, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST; MTC FINANCIAL INC. dba TRUSTEE CORPS; and DOES 1 through 20, inclusive<br><br>Defendants. | Case No.2:16-cv-02244-TLN<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT; ORDER** |

Please take notice that the parties, Katie Way, John Way, and Eddy Way ("Plaintiffs"), JP Morgan Chase Bank, N.A. ("Chase"), Caliber Home Loans, Inc. ("Caliber"), U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust ("US Bank"), and MTC Financial Inc. dba Trustee Corps ("Trustee Corps;" Chase, Caliber, US Bank, and Trustee Corps are "Defendants" – Plaintiffs and Defendants are collectively known as the "Parties"), by and through their respective counsels of record, stipulate to the following:

WHEREAS Plaintiffs filed this action on August 16, 2016.

WHEREAS Chase removed this action on September 21, 2016.

WHEREAS Trustee Corps filed a Motion to Dismiss on October 18, 2016.

1  WHEREAS Chase filed a Motion to Dismiss on October 28, 2016.

2  WHEREAS Caliber and US Bank filed a Motion to Dismiss on November 2, 2016.

3  WHEREAS Plaintiffs will file a First Amended Complaint in response to Defendants' Motions to Dismiss

5  WHEREAS, due to the fact that Defendants' Motions to Dismiss were filed on different days, and in an effort to reconcile all Motions to Dismiss within Plaintiffs' First Amended Complaint, Plaintiffs believe additional time to file a First Amended Complaint is necessary.

7  WHEREAS Defendants do not dispute this necessity, which will cause no prejudice to any party.

9  NOW THEREFORE, Plaintiffs and Defendants, HEREBY STIPULATE AND AGREE AS FOLLOWS:

11  The Deadline for Plaintiffs to file a First Amended Complaint, shall be extended to November 23, 2016.

13  IT IS SO STIPULATED

15  DATED:  November 4, 2016                **JT LEGAL GROUP**

By:  /s/ Kenley Dygert
Kenley Dygert, Bar No. 287573
Kenley@jtlegalgroup.com

Attorneys for Plaintiffs,
Katie Way, John Way, Eddy Way

| | |
|---|---|
| DATED:  November 4, 2016 | **PERKINS COIE LLP**<br><br>By:/s/ Daniel O'Shea<br>　　Daniel O'Shea<br>　　doshea@perkinscoie.com<br><br>Attorneys for Defendants,<br>Caliber Home Loans, Inc. and U.S. Bank Trust, N.A. as Trustee for LSF9 Master Participation Trust |
| DATED:  November 4, 2016 | **PARKER IBRAHIM & BERG LLC**<br><br>By: /s/ William J. Idleman<br>　　William J. Idleman<br>　　William.idleman@piblaw.com<br><br>Attorneys for Defendant,<br>JP Morgan Chase Bank, N.A. |
| DATED:  November 4, 2016 | **BURKE, WILLIAMS & SORENSEN, LLP**<br><br>By: /s/ Scott Nenni<br>　　Scott Nenni<br>　　snenni@bwslaw.com<br><br>Attorneys for Defendant,<br>MTC Financial Inc. dba Trustee Corps |

**ORDER**

Having considered the Stipulation regarding the agreement to extend the time for Plaintiffs to file the First Amended Complaint, the Court hereby grants this stipulation which extends Plaintiffs' deadline to file a First Amended Complaint to November 23, 2016.

IT IS SO ORDERED.

Dated: November 7, 2016

Troy L. Nunley
United States District Judge